UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

LIWEN RONG,
        *Plaintiff*,

v.

HANZHENG WANG, *et al.*,
        *Defendants*.

No. 1:24-cv-01572-MSN-WBP

# ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge William B. Porter on August 18, 2025 (ECF 61) ("Recommendation").

Based on a *de novo* review of the evidence in this case, having reviewed the Recommendation, and having received no objections thereto, it appears to the Court that the Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

**ORDERED** that the Recommendation is **APPROVED a**nd **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 54) is **DENIED**; it is further

**ORDERED** that Plaintiff's case is **DISMISSED** and **CLOSED**.

It is **SO ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

/s/
Michael S. Nachmanoff
United States District Judge

September 19, 2025
Alexandria, Virginia